■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v MAXIMO MARIN, Defendant. [24 NYS3d 921]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Queens County, rendered October 3, 2011.

Ordered that the application is granted, and the defendant's notice of appeal is deemed to have been timely filed.

The defendant has established his entitlement to the relief

requested (*see People v Syville*, 15 NY3d 391 [2010]). Dickerson, J.P., Hall, Roman and Sgroi, JJ., concur.